UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JESSIE LEE PERRY** | * | **CIVIL ACTION NO. 2:14-cv-3090** |
| **DOC # 109014** | * | **SECTION P** |
| | * | |
| v. | * | **JUDGE MINALDI** |
| | * | |
| | * | |
| **ANTHONY ALLEMAND, ET AL.** | * | **MAGISTRATE JUDGE KAY** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 12) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of Plaintiff's Objections (Rec. Doc. 13), and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that Perry's civil rights complaint is **DISMISSED WITH PREJUDICE** as his claims against defendants GEO, Wayne Calabrese, Terry Terrell, Keith Cooley, Mark Estes, and James LeBlanc are frivolous and fail to state a claim for which relief may be granted.

Lake Charles, Louisiana, this 26 day of March, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE